**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THOMAS K. VAUGHAN, JR., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 15-4845 |
| v. | : | |
| | : | |
| THE BOEING COMPANY, | : | |
| Defendant. | : | |

**MCHUGH, J.**                                                                    **JANUARY 19, 2017**

## ORDER

This 19th day of January, 2017, upon consideration of Defendant The Boeing Company's Motion for Summary Judgment; Plaintiff Thomas K. Vaughan, Jr.'s Response; and Defendant's Reply, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

                                                                /s/ Gerald Austin McHugh
                                                               United States District Judge